

## APPLICATION

Name

Address

Phone

Parents Signature _____ School _____

FIRST SESSION
9 days
Saturday June 6th
Monday June 15th                    $300 ☐

SECOND SESSION
7 days
Sunday August 23rd
Saturday, August 29th               $300 ☐

Please check session desired
and enclose deposit of $30
Balance is payable May 1st

SUMMERSAIL • McDONOGH, MD 21208
363-0060 or 356-5233

## SUMMERSAIL...

. . . a unique program incorporating the thrills of
sailing, seamanship and outdoor adventure with
the natural beauty of our Chesapeake Bay.

Summersail is a coeducational outdoor program
for junior high school age children. During each of
our two different sessions, students will cruise the
Bay aboard our 30 foot fibreglass sloops and our 16
foot Hobie Cats. In addition, we will be
canoeing and camping in remote areas of Mary-
land, and West Virginia.

During each session, students will learn the basics
of sailing large and small sailboats a well as
night sailing and racing tactics.

No previous experience in sailing or outdoor skills
is necessary.

Summersail is offered each summer through eight
local independent schools to a total of 24 boys and
girls between the ages of 10 and 14.

CONFIDENTIAL

McDonogh 2.13.26 Production 007671

## DIRECTOR

**G. DENNIS O'BRIEN**, age 41 has been an active yachtsman on the Bay for over 16 years. Director of Camp Deerwood's sailing program in New Hampshire from mid June to mid August, Mr. O'Brien teaches American History and backpacking in McDonogh's Middle School. An expert white water canoeist, he has run camp wilderness trips for many years and with Doug Cooper leads many hiking and river trips at McDonogh.

## STAFF

**DOUG COOPER**, age 29 teaches Ancient History and Backpacking at McDonogh School. He has over 14 years sailing experience on the Bay and is the only 4 time winner of the Moorestown, N.J. Regatta. Doug was a three year All American in Lacrosse at Virginia, and also leads hiking and river trips during the school year. He has spent two summers in Alaska trapping and exploring with his brother in the wilderness area north of Kotzebue in the Brooks Range.

**JIM BAMBERGER**, age 25 is Assistant Sailing Director at Camp Deerwood during the summer and was dockmaster at Port Jefferson Yacht Club on Long Island for 3 years. He has over 8 years sailing and racing experience on Long Island Sound. An experienced wilderness trip leader, Jim was a three sport letterman and team captain at the Peddie School and presently holds a black belt rating in Karate.

**PAT O'BRIEN**, age 17 was twice winner of the Camp Deerwood Sailing Championship with more than eight years sailing experience in Sunfish, Puffins, Lightnings and Hobie Cats. He is also a three time Singles and Doubles Canoe Racing Champion and an experienced River Tripper. Pat is a Junior and 3 sport Letterman at McDonogh School.

## FIRST SESSION
9 DAYS — 12 STUDENTS — $300
SATURDAY, JUNE 6th THROUGH
MONDAY, JUNE 15th

We begin on Saturday with a two day canoe trip on beautiful Antietam Creek near Frederick, Maryland, returning home Sunday afternoon. Tuesday morning we sail aboard our 30 foot sloop and our Hobie 16's for a 7 day cruise of the upper Bay, returning Monday afternoon.

During this cruise we will visit Still Pond, Fairlee Creek, Rock Hall, Worton Creek, and infamous Belly Button Beach. We will sleep in our 12' x 12' screenhouse pitched at each of our campsites along the Bay on the Eastern Shore.

Students will need sleeping bags, and their own food for the canoe trip. During the 7 day cruise, Summersail will provide all food and drinks. Students will need mess kits or eating utensils. Tents are optional.

## SECOND SESSION
7 DAYS — 12 STUDENTS — $300
SUNDAY, AUGUST 23rd THROUGH
SATURDAY, AUGUST 29th

We depart on Sunday from Middle River for a seven day cruise of the Upper Bay. We will be sleeping aboard our two 30 foot sailing yachts and visiting Rock Hall, St. Michaels, Gibson Island, and ports on the Chester River.

Participants will need a blanket roll, bathing suit, mess kits, and suitable clothing in a soft pack for the cruise. Summersail will provide all food, and drinks.

CONFIDENTIAL

McDonogh 2.13.26 Production 007672