**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MARYLAND**

| | |
|---|---|
| **JANE DOE** | |
| ***Plaintiff,*** | |
| **v.** | **Civil Action No. 1:26-cv-01608** |
| **MCDONOGH SCHOOL INC., *et al.*** | |
| ***Defendants.*** | |

**STIPULATION TO EXTEND TIME TO RESPOND**

The undersigned hereby stipulate that Defendant, Douglas Cooper. shall have until September 15, 2026, to respond to the Amended Complaint.


/s/ Ari S. Casper
Ari S. Casper (Bar No. 14512)
Elimelech Baruch (Bar No. 31855)
The Casper Firm LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21201
acasper@casperfirm.com
ebaruch@casperfirm.com
410-989-5097 (Phone)
410-630-7776 (Fax)
*Counsel for Plaintiff, Jane Doe*

/s/ Jason P. Beaulieu
Jason P. Beaulieu (Bar No. 982511)
Michael J. Hinkle (Bar No. 19669)
Timmerman, Beaulieu & Hinkle, LLC
215 Washington Avenue, Suite 402
Towson, MD 21204
jpb@tbhelaw.com
mjh@tbhelaw.com
443-608-5515 (Phone)
443-927-8899 (Fax)
*Counsel for Defendant, Douglas Cooper*


**SO ORDERED** this __________ day of ___________________________, 2026.

___________________________________
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of September, 2026, a true and correct copy of the Stipulation to Extend Time to Respond was served upon all counsel of record via the Court's ECF system.

/s/ ***Jason P. Beaulieu*** - Bar No. 982511