IN THE UNITED STATES DISTRICT COURT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JANE DOE<br><br>Plaintiff,<br>v.<br><br>MCDONOGH SCHOOL, INCORPORATED<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-01608-SAG |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| JANE DOE<br><br>Plaintiff,<br>v.<br><br>MCDONOGH SCHOOL, INCORPORATED<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-01730-SAG |

* * * * * * * * * * * * *

**[PROPOSED] ORDER**

Pending before the Court is plaintiffs' amended interim sealing motion. Having reviewed the motion and any opposition thereto, and finding that no good cause exists for the relief plaintiffs seek, plaintiffs' motion is hereby **DENIED.**

**SO ORDERED** this ____ day of _________, 2026.

______________________________
The Honorable Stephanie A. Gallagher
United States District Court Judge for the District of Maryland